Carolyn Zemeckis
PO BOX 2143
Kapaa, HI 96746
(808) 651 2730

Electronically Filed
FIFTH CIRCUIT
5CCV-25-0000066
06-AUG-2025
02:12 PM
Dkt. 27 CAMD

## IN THE CIRCUIT COURT OF THE 5TH CIRCUIT
## STATE OF HAWAIʻI

| | |
|---|---|
| The Estate Trust known as CAROLYNZEMECKIS,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil No. 5CCV-25-0000066

**VERIFIED COMPLAINT
FOR DAMAGES
– SPECIAL APPEARANCE**

### NOTICE OF SPECIAL APPEARANCE

COMES NOW, Carolyn Zemeckis, a living woman, in special limited appearance as Trustee and Authorized Representative of the estate trust known as CAROLYN ZEMECKIS (hereinafter "Plaintiff Trust"), and alleges:

1. Plaintiff Trust made all mortgage-related payments under misrepresentation and fraud.

2. Plaintiff Trust executed full administrative remedy and discharge, which was dishonored by Defendant, in violation of:
- FDCPA (15 U.S.C. §1692 et seq.)
- RESPA (12 U.S.C. §2605)
- TILA (15 U.S.C. §1640)
- UCC §§ 3-603, 9-210, 1-308

3. Defendant failed to validate debt, refused lawful tender, and continued collections under fraud.

4. Plaintiff Trust seeks:
    a. Return of all unlawfully obtained payments: $356,532.74
    b. Matched compensatory damages: $33,000 for 15 months of fraudulent monthly statements + 18 months of fraudulent credit bureau reporting
    c. Treble damages (under 15 U.S.C. §1640 & common law fraud): $ 1,168,598.22
    d. Emotional distress, reputational harm $150,000
    e. Declaratory and injunctive relief

Respectfully submitted under special appearance,

*Fritzie Truth Joy*

Fritzie Truth Joy also known as Carolyn Zemeckis, Trustee
CAROLYN ZEMECKIS, Estate Trust
All Rights Reserved, Without Prejudice – UCC 1-308

Dated: August 6th, 2025

## EXHIBIT A

I do hereby certify that the foregoing is a full, true and correct copy of the official court record of the Courts of the State of Hawaiʻi.
Dated at: Lihuʻe, Hawaiʻi 27-AUG-2025, /s/ Kari Yamashiro, Clerk of the Fifth Judicial Circuit, State of Hawaiʻi



Page 2 of 2

## VERIFICATION

I, Fritzie Truth Joy also known as Carolyn Zemeckis, Trustee, affirm that the above is true, correct, and complete to the best of my knowledge.

_____

Fritzie Truth Joy also known as Carolyn Zemeckis, Trustee

**Executed this** ____ **day of** July **, 2025**
**At:** KAUAI **County,** HAWAII **Republic,**

**By:**

_____

**Fritzie Truth Joy also known as Carolyn Zemeckis**
Living, breathing woman, Trustee
All Rights Reserved – Without Prejudice
UCC 1-308 / UCC 1-103

## NOTARY ACKNOWLEDGMENT

STATE OF HAWAII
_____Kauai_____ COUNTY

On this ____ day of July ____, 2025, before me, the undersigned Notary Public, personally appeared **Fritzie Truth Joy also known as Carolyn Zemeckis**, known to me (or proved to me on the basis of satisfactory evidence) to be the woman whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

_____
**Notary Public**
My Commission Expires: 3·3·2028

Date: 7.1.25    #.Pages: 2
Name: Winifred Littlejohn    5th Circuit
Doc. Description: Notice of Special Appearance

_____
Notary Signature
NOTARY CERTIFICATION
My Commission Expires: 3-3-2028

Respectfully submitted under special appearance,

Fritzie Truth Joy also known as Carolyn Zemeckis, Trustee
CAROLYN ZEMECKIS, Estate Trust
All Rights Reserved, Without Prejudice – UCC 1-308

Dated: July 1, 2025

## VERIFICATION

I, Fritzie Truth Joy also known as Carolyn Zemeckis, Trustee, affirm that the above is true, correct, and complete to the best of my knowledge.

Fritzie Truth Joy also known as Carolyn Zemeckis, Trustee

**Executed this** 1 **day of** July, 2025
**At**: Kauai County, Hawaii Republic

**By:**

**Fritzie Truth Joy also known as Carolyn Zemeckis**
Living, breathing woman, Trustee
All Rights Reserved – Without Prejudice
UCC 1-308 / UCC 1-103

## NOTARY ACKNOWLEDGMENT
STATE OF HAWAII
KAUAI COUNTY

On this 1 day of July, 2025, before me, the undersigned Notary Public, personally appeared **Fritzie Truth Joy also known as Carolyn Zemeckis**, known to me (or proved to me on the basis of satisfactory evidence) to be the woman whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

**Notary Public**
My Commission Expires: 3·3·2028

Seal:

Date: 7·1·25    # Pages: 2
Name: Winifred Littlejohn 5th Circuit
Doc. Description: Notice of Special
appearance

Notary Signature
NOTARY CERTIFICATION

My Commission Expires: 3·3·2028

# AFFIDAVIT OF TRUSTEE
# STATUS AND AUTHORITY

**State of Hawai'i**
**County of Kauai**

I, Fritzie Truth Joy also known as Carolyn Zemeckis, the living woman, hereby declare:

1. I am the duly appointed Trustee and authorized legal representative of the estate trust known as CAROLYN ZEMECKIS.

2. I make this affidavit to assert authority to act on behalf of the Trust in all property, legal, and financial matters related to:
  - The real estate located at 4-940 Kuhio Hwy, Kapaa, HI 96746
  - Disputes involving SPS, INC. and any third parties asserting fraudulent claims

3. I am not appearing pro se or individually but in my fiduciary capacity as Trustee only.

4. All actions and filings taken are under the special appearance rule and are not a general submission to the jurisdiction of the court.

5. I retain all rights under UCC §1-308 and §3-603.

At: KAUAI County, HAWAii Republic,

By:

Fritzie Truth Joy also known as Carolyn Zemeckis
Living, breathing woman, Trustee
All Rights Reserved – Without Prejudice
UCC 1-308 / UCC 1-103

## NOTARY ACKNOWLEDGMENT
STATE OF HAWAII
Kauai COUNTY

On this 1 day of July, 2025, before me, the undersigned Notary Public, personally appeared **Fritzie Truth Joy also known as Carolyn Zemeckis**, known to me (or proved to me on the basis of satisfactory evidence) to be the woman whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

_____
**Notary Public**
My Commission Expires: 3-3-2028

Date: 7-1-25          # Pages: 2
Name: Winifred Littlejohn 5th Circuit
Doc. Description: Affidavit

Notary Signature
NOTARY CERTIFICATION
My Commission Expires: 3-3-2028

AFFIDAVIT OF DISCHARGE & NON-RESPONSE
State of Hawai'i
County of Kauai

I, Carolyn Zemeckis, affirm under oath:

1. On 4/25/2025, I sent a conditional acceptance, debt validation demand, and tender of payment to SPS Inc. at PO Box 65250, Salt Lake City, UT 84165-0250.

2. This communication included a negotiable instrument valued at $885,597.81 for full discharge of alleged debt.

3. No lawful rebuttal or validation was received within the 10-day grace period or 30-day statutory limit.

4. Notice of Fault, Notice of Default, and Final Notice were sent, and remain unrebutted.

5. SPS is now in legal default and estoppel by acquiescence.

6. A Certificate of Administrative Judgment was entered on 6/18/2025 under Uniform Commercial Code §3-603 and U.S. common law standards of acceptance.

Executed this __1st__ day of __July__, 2025.

Carolyn Zemeckis
All Rights Reserved – UCC 1-308

NOTARY:
Subscribed and sworn before me this __1__ day of __July__, 2025.
[SEAL]

Notary Public

Date: 7·1·25      # Pages: 1
Name: Winifred Littlejohn 5th Circuit
Doc. Description: Affidavit

Notary Signature
NOTARY CERTIFICATION
My Commission Expires: 3·3·2026

Downpayment:

2/21/2024          $240,712.73


PAYMENT LEDGER for SPS:

| 5/7/2024 | $2990.44 | Monthly Payment |
|---|---|---|
| 5/9/2024 | $8030.75 | Monthly Payment |
| 6/12/2024 | $8030.75 | Monthly Payment |
| 7/12/2024 | $8030.75 | Monthly Payment |
| 8/12/2024 | $8030.75 | Monthly Payment |
| 9/9/2024 | $8030.75 | Monthly Payment |
| 10/11/2024 | $8030.75 | Monthly Payment |
| 11/11/2024 | $8030.75 | Monthly Payment |
| 12/11/2024 | $8030.75 | Monthly Payment |
| 1/13/2025 | $8030.75 | Monthly Payment |
| 2/12/2025 | $8030.75 | Monthly Payment |
| 3/12/2025 | $8114.68 | Monthly Payment |
| 4/14/2025 | $8114.68 | Monthly Payment |
| 5/13/2025 | $8114.68 | Monthly Payment |

Final Recorded Payment:

6/12/2025          $8178.03          Monthly Payment

Total Paid:        $356,532.74

AFFIDAVIT OF MAILING
State of Hawai'i
County of Kauai

I, Carolyn Zemeckis, affirm under penalty of perjury:

1. On 12/13/24, 12/26,24, 1/27/25, 2/26/25, 3/26/25, 4/25/25, 5/25/25, 6/7/25, and 6/18/25, I
mailed the following documents to SPS Inc. via USPS Certified Mail:
   - Debt Validation Notice
   - Conditional Acceptance
   - Tender of Payment Instrument
   - Notices of Fault, Default, and Final Warning

2. USPS Tracking Number: 9586 0710 5270 1614 3402 06 & 9590 9402 8632 3244 8606 42
3. Mailing Address Used: PO Box 65250, Salt Lake City, UT 84165-0250

4. These were deposited at: United States Postal Service, 4-1101 Kuhio Hwy, Kapaa, HI
96746. The legal Tender of Payment instrument was subsequently rejected by SPS, inc. and


returned to me on 3/22/2025.

Executed this ___ day of _____, 2025.

Carolyn Zemeckis
All Rights Reserved – UCC 1-308

NOTARY:
Subscribed and sworn before me this ___ day of _____, 2025.
[SEAL]

_____

Notary Public

**ALERT: SEVERE WEATHER AND EMERGENCY EVENTS ACROSS THE U.S. MAY DELAY FINAL D...**

# USPS Tracking®

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

West Valley City UT 84119    OFFICIAL USE

| Certified Mail Fee | $4.85 | | 0630 05 |
| $ | $4.10 | | |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)    $ $0.00
- ☐ Return Receipt (electronic)    $ $0.00    Postmark Here
- ☐ Certified Mail Restricted Delivery    $ $0.00
- ☐ Adult Signature Required    $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage    $10.45

$ 12/13/2024

Total Postage and Fees
$19.40

Sent To *Select Portfolio Servicing, Inc.*
Street and Apt No., or PO Box No. *Dept for Qualified Write Requests*
City, State, ZIP *321 S. Decker Lake Drive o*

PS Form 3800, January 2013    See reverse for instructions

**Tracking Number:**

# 9589071052701614331952

Copy    Add to Informed Delivery (https://in

## Latest Update

Your item has been delivered and is available at a PO Box at 9:09 am on December 30, 2024 in SALT LAKE CITY, UT 84115.

## Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered
**Delivered, PO Box**

SALT LAKE CITY, UT 84115
December 30, 2024, 9:09 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **USPS Tracking Plus®** | ∨ |
| **Product Information** | ∨ |

**See Less** ∧

Track Another Package

**U.S. Postal Service**
**CERTIFIED MAIL**
Domestic Mail Only

For delivery information, visit

Certified Mail Fee  $4.85

Extra Services & Fees (check box, add fee)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage          $10.45

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4

PS Form 3800, January 2023 PSN 7

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Select Portfolio Servicing Inc.
Dept for Qualified written Requests
PO BOX 65250
Salt lake City, UT
84165-0250

9590 9402 8390 3156 5219 04

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  _Halle Banker_          ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  HALLE BANKER   C. Date of Del

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Rest Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation
☐ Collect on Delivery                 ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Rece

---

**U.S. Postal Service**
**CERTIFIED MAIL**
Domestic Mail Only

For delivery information, visit o

Houston, TX 77040

Certified Mail Fee  $4.85

Extra Services & Fees (check box, add fee as
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage          $10.45

Total Postage and Fees
$15.30

Sent To  Select Portfolio S

Street and Apt. No., or PO Box No.  3217 S Decker

City, State, ZIP+4  Salt Lake City

PS Form 3800, January 2023 PSN 7.53

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Select Portfolio Servicing, Inc.
Department of Qualified written Requests
3217 S. Decker Lake Drive
Salt Lake City, UT 84119

9590 9402 8632 3244 8646 64

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  _Jessica Morales_          ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  JESSICA MORALES   C. Date on Delive

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restrict Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation
☐ Collect on Delivery                 ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receip

---

**U.S. Postal Service**
**CERTIFIED MAIL**
Domestic Mail Only

For delivery information, v

Salt Lake City,

Certified Mail Fee  $4.85

Extra Services & Fees (check box, ad
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
Postage          $0.73

Total Postage and Fees

Sent To  Select Portfoli

Street and Apt. No., or PO Box  PO BOX 6525

City, State, ZIP  SALT LAKE CI

PS Form 3800, January 2023

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SELECT PORTFOLIO SERVICING
PO BOX 65250
SALT LAKE CITY, UT 84165-0250

9590 9402 8390 3156 5217 68

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  _Halle Banker_          ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  HALLE BANKER   C. Date of Delive

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restri Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation
☐ Collect on Delivery                 ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

## First mailpiece

**U.S. Postal Service™**
**CERTIFIED MAIL®**
Domestic Mail Only

For delivery information, visit our website

Salt Lake City, UT 84

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $2.31
Total Postage and Fees $11.26

Sent To Select Portfolio Servici...
Street and Apt. No., or PO Box No. PO BOX 65250
City, State, ZIP+4 Salt Lake City, UT

9589 0710 5270 1614 3385 55

PS Form 3800, January 2023 PSN 7530-02-0...

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Select Portfolio Servicing, Inc.
ATTN: LEGAL DEPARTMENT
PO BOX 65250
Salt Lake City, UT 84165-0250

9590 9402 8390 3156 5389 40

2. Article Number (Transfer from service label)
9589 0710 5270 1614 3385 55

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X David ...  ☐ Agent  ☐ Address
B. Received by (Printed Name)    Date of Deliv
DAVID SHURTLEFF

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

## Second mailpiece

**U.S. Postal Service™**
**CERTIFIED MAIL®**
Domestic Mail Only

For delivery information, visit our website

Salt Lake City, UT

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $2.04
Total Postage and Fees $10.99

Sent To Select Portfolio S...
Street and Apt. No., or PO Box No. PO BOX 65250
City, State, ZIP+4 SALT LAKE CITY

PS Form 3800, January 2023 PSN 7530-02...

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Select Portfolio Servicing, Inc.
PO BOX 65250
SALT LAKE CITY, UT
84165-0250

9590 9402 8632 3244 8606 42

2. Article Number (Transfer from service label)
9589 0710 5270 1614 3402 06

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jessica Morales  ☐ Agent  ☐ Address
B. Received by (Printed Name)  C. Date of Deliv
JESSICA MORALES

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY - 1 2025

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

## Third mailpiece

**U.S. Postal Service™**
**CERTIFIED MAIL®**
Domestic Mail Only

For delivery information, visit our website

Salt Lake City, UT 84

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.
☐ Certified Mail Restricted Delivery $0.
☐ Adult Signature Required $0.
☐ Adult Signature Restricted Delivery $

Postage $0.73
Total Postage and Fees $9.68

Sent To Select Portfolio S...
Street and Apt. No., or PO Box No. PO BOX 65250
City, State, ZIP+4 Salt Lake City, UT

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Select Portfolio Servicing Inc
PO BOX 65250
Salt Lake City, UT
84165-0250

9590 9402 8390 3156 5225 98

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Halle B...  ☐ Agent  ☐ Address
B. Received by (Printed Name)    Date of Deliv
HALLE BANKER

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 29 2025

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery



 **AMERICAN**
Savings Bank
P.O. Box 2300 • Honolulu, HI 96804-2300

**CUSTOMER COPY**

**501213498**

*Cashiers Check*

REMITTER:  DRIVIN ME CRAZY CARS LLC
CAROLYN ZEMECKIS

**BR:** 0063
**ORIGINATOR:** 1653
**DATE / TIME:** 2/21/2024 — 12:47:43
**CK AMT:** $214,421.22

*Pay*  OLD REPUBLIC TITLE
MEMO: FOR DOWN PAYMENT ON 4-940 KUHIO
*to the*  HIGHWAY
*order of*

**NON-NEGOTIABLE**

**SPS** SELECT
Portfolio
SERVICING, inc.

May 19, 2025
Carolyn Lee Zemeckis
4-940 Kuhio HWY
Kapaa Hi, 96746

Re:   *Select Portfolio Servicing, Inc. Account Number:* ███ *1032*
      *Property Address:* 4-940 Kuhio HWY Kapaa HI, 96746

Dear Carolyn Lee Zemeckis

Select Portfolio Servicing, Inc. (SPS) is in receipt of your recent correspondence in which you sent us several documents, including one titled Lawful Tender for Full Settlement and Trust-Backed Promissory Note." It appears your intent for sending the above referenced documents was to secure a release of your lien.

SPS considers the documents that were presented to have no legal validity and believes presentation of these documents constitutes an improper attempt to satisfy your obligation under your loan documents. Because SPS is rejecting these documents as invalid, a satisfaction of the lien against the property will not be recorded. With this letter we will be sending back your documents.

If you have any questions regarding this correspondence or the servicing of your account, please contact me in writing at 3217 S. Decker Lake Drive, Salt Lake City, UT 84119.

Sincerely,

Rachel Erickson
Vice President of Compliance

*ALL Mortgage Documents*

Certified Mail # 9589 0710 5270 1614 3316
93

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# Notice of Qualified Written Request (QWR)

Carolyn Lee Zemeckis
PO Box 2143
Kapaa. HI 96746
808 278 7580
czemeckis@gmail.com

12/11/2024

Select Portfolio Servicing, Inc.
Depart. for Qualified Written Requests, *3217 S. Decker Lake Drive - PO Box 65250*
Salt Lake City, UT 84165-0250 .

**RE: Qualified Written Request under RESPA, 12 U.S.C. § 2605**
Loan Number: ████ 1032

Dear Select Portfolio Servicing, Inc.,

Pursuant to the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2605(e), and in accordance with all applicable state and federal laws, including Hawaii Revised Statutes Chapter 480 and the Uniform Commercial Code (UCC), I am submitting this Qualified Written Request (QWR) regarding the above-referenced mortgage loan. This formal legal request seeks clarification and documentation relating to the enforceability of the mortgage agreement and the validity of the underlying contract.

## Statement of Facts and Discrepancies

After a thorough review of all documentation provided by Homebridge Financial Services, Inc. related to the origination and servicing of the referenced mortgage loan, I have identified several material omissions and discrepancies, including but not limited to:

1.  **Lack of Proof of Consideration:**

    ◦   No documentation or evidence has been provided demonstrating that Homebridge Financial Services, Inc., advanced any funds, incurred liability, or provided any other form of valid consideration in exchange for the promissory note or mortgage agreement, as required under UCC § 3-303 and § 9-203.

2.  **Absence of Lender Signature:**

- ○ The mortgage agreement and related documents bear only my signature and lack the signature of an authorized representative of Homebridge Financial Services, Inc., raising significant questions about the enforceability of the contract under UCC § 3-401.

3.   **Potential Regulatory Violations**:

- ○ The absence of disclosed consideration and the lender's signature suggests noncompliance with the Truth in Lending Act (TILA), 15 U.S.C. § 1601, and the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2605, which require full disclosure of material terms and servicing practices.
- ○ Additionally, Hawaii Revised Statutes Chapter 480 prohibits unfair and deceptive trade practices, which may be implicated by the aforementioned omissions.

Enclosed with this letter is a complete copy of all mortgage-related documentation in my possession, including the promissory note, mortgage agreement, and any related correspondence. A review of these materials confirms that no proof of consideration was provided and no authorized representative of Homebridge Financial Services, Inc., signed any of the documents, further indicating significant legal deficiencies.

# Information and Documentation Requested

To address these concerns, I formally request the following documentation and information:

1.   **Proof of Consideration**:

- ○ Any and all evidence that Homebridge Financial Services, Inc., provided valid consideration in connection with the mortgage loan, including:
    - ▪ Documentation of funds advanced to or on behalf of the borrower.
    - ▪ Records of any liabilities incurred by Homebridge Financial Services, Inc., in connection with the loan.
    - ▪ Any contracts or agreements demonstrating the exchange of value between the lender and borrower.

2.   **Executed Agreements**:

- ○ Copies of the original promissory note and mortgage agreement, executed by all required parties, including an authorized representative of Homebridge Financial Services, Inc.

3.   **Chain of Title and Transfers**:

- ○ Documentation of any assignments, endorsements, or transfers of the promissory note or mortgage agreement, including evidence of compliance with UCC requirements.

4.   **Compliance Disclosures**:

- ○ Copies of all disclosures provided at the time of loan origination, as required under TILA and RESPA.

5.    **Evidence of Enforceable Security Interest**:

   ○    Proof that Homebridge Financial Services, Inc., holds a valid, enforceable interest in the collateral securing the mortgage, in compliance with UCC § 9-203 and applicable Hawaii state law.

## Legal Compliance and Deadline

Under RESPA, Homebridge Financial Services, Inc., is required to acknowledge receipt of this QWR within five (5) business days and provide a substantive response within thirty (30) calendar days of receipt. Failure to comply with these statutory requirements may result in penalties, including statutory damages and other remedies available under applicable law.

## Intent to Preserve Rights and Remedies

This request is made in good faith to obtain clarification and resolution regarding the enforceability and validity of the referenced mortgage loan. Should Homebridge Financial Services, Inc., fail to provide the requested documentation and information within the prescribed time frame, I reserve the right to pursue all available remedies, including:

- Filing formal complaints with the Consumer Financial Protection Bureau (CFPB), the Hawaii Department of Commerce and Consumer Affairs (DCCA), and the Federal Trade Commission (FTC).
- Initiating appropriate legal action to seek declaratory relief and remedies for potential violations of federal and state law.

## Delivery of Response

Please send your acknowledgment and all requested documentation to the address listed at the top of this letter. Responses must be provided in writing and include legible copies of all requested materials.

I appreciate your prompt attention to this matter and expect a thorough and timely response in compliance with all applicable laws. Should you have any questions or require additional information, please contact me directly at the phone number or email address provided above.

Sincerely,
Carolyn Lee Zemeckis

**Enclosures**:

- Copies of promissory note, mortgage agreement, and related correspondence

# NOTARY ACKNOWLEDGEMENT
## HAWAI'I REPUBLIC
__Kauai__ COUNTY

On this __17__ day of __Dec_____, **2024**, before me, the undersigned Notary Public, personally appeared **Carolyn Zemeckis**, known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same for the purposes therein stated.
**In witness whereof, I hereunto set my hand and official seal.**

_____   (SEAL)
Notary Public

My Commission Expires: __04.24.2024__

Date: __12/17/24__   # Pages: __4__
Name: __Karlina Tasaka__   __5__ Circuit
Doc. Description: __Notice__

Notary Signature
NOTARY CERTIFICATION

Certified Mail # *9589 0710 5270 1157 3880 93*

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# Follow-up to Qualified Written Request (QWR) for Mortgage Loan

**Carolyn Zemeckis**
PO Box 2143
Kapaa, HI 96746
808 278 7580
czemeckis@gmail.com

**1/24/2025**

**Select Portfolio Servicing, Inc.**
Attn: Customer Service Department
P.O. Box 87090
Lincoln, NE 68501-7090

Loan Number: ████1032
Property Address: 4-940 Kuhio Hwy, Kapaa, HI, 96746

Dear Select Portfolio Servicing,

This letter serves as a follow-up to my Qualified Written Request (QWR), which I sent to you on 12/30/2024. Pursuant to the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2605(e), I have yet to receive a substantive response to my request. According to RESPA, you are required to provide a written acknowledgment within five business days of receipt and a substantive response within 30 calendar days. I have not received the required response from you, which constitutes a violation of federal law.

## Issues Identified

In my original QWR, I requested specific documents and clarifications regarding my mortgage loan, including but not limited to:

1. Proof of consideration in the origination of my loan.
2. The absence of a lender signature on my mortgage documents.
3. Information about any regulatory violations under the Truth in Lending Act (TILA) and RESPA.
4. Detailed account of the chain of title and any assignments or transfers of the mortgage.

As per the requirements of RESPA, your failure to provide these documents and an adequate response within the statutory time frame exposes you to potential legal action and statutory penalties.

## Action Required

I hereby request a prompt response to the following:

1. Provide all requested documentation, including proof of consideration, the signed mortgage agreement, and any assignments or transfers of the mortgage.
2. Acknowledge your failure to respond within the prescribed timeframe.
3. Address the legal violations under TILA, RESPA, and Hawaii Revised Statutes Chapter 480 regarding unfair and deceptive trade practices.

Failure to comply will result in me pursuing all available remedies under the law, including filing formal complaints with the Consumer Financial Protection Bureau (CFPB), the Hawaii Department of Commerce and Consumer Affairs (DCCA), and seeking legal action to remedy these violations.

I appreciate your immediate attention to this matter and look forward to your compliance with the legal requirements.

Sincerely,
Carolyn Zemeckis
808 278 7580/czemeckis@gmail.com

# NOTARY ACKNOWLEDGEMENT
## HAWAI'I REPUBLIC
Kauai ____ COUNTY

On this 25th day of January ____, 2025, before me, the undersigned Notary Public, personally appeared **Carolyn Zemeckis**, known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same for the purposes therein stated.
**In witness whereof, I hereunto set my hand and official seal.**

Notary Public

My Commission Expires: 10/16/2027

Date: 1/24/2025  # Pages. 2
Name: Joel C. Groomes  5th Circuit
Doc. Description: Follow-up to Qualified Written Request

Notary Signature
NOTARY CERTIFICATION
My Commission Expires: 10/16/2027

Certified Mail # 9589 0710 5270 1157 3867 61

**· THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

# NOTICE OF FINAL DEMAND FOR PERFORMANCE AND POTENTIAL DISCHARGE

**From:**
CAROLYN L. ZEMECKIS, Authorized Representative and Trustee
Estate Known as: CAROLYN ZEMECKIS
PO Box 2143
Kapaa, HI 96746
2/26/2025

**To:**
Select Portfolio Servicing (SPS)
Department for QWR/Notices of Error
PO Box 65250
Salt Lake City, UT 84165-0250

**· Re:**
Mortgage Loan Number: ████1032
Property Address: 4-940 Kuhio Hwy, Kapaa, HI 96746
Prior Correspondence: 12/13/2024, 12/26/2024, 1/27/2025

## 1. Background

1.  **Previous Qualified Written Requests (QWRs)**
    SPS has received my prior notices disputing the enforceability of the mortgage and requesting documentation under RESPA (12 U.S.C. § 2605) and UCC Articles 3 and 9. Despite acknowledging receipt, the response remains incomplete, lacking all requested proof of consideration, full chain of title, and an authorized lender signature on the note.

2.  **No Performance or Cure of Defects**

    -   SPS has neither provided the signed, original agreement demonstrating a valid contract under UCC §§ 3-104, 3-401, nor shown a clear chain of assignments under UCC § 9-203.
    -   Under Hawaii Revised Statutes Chapter 480, continued attempts to collect on a potentially void or unenforceable mortgage may constitute unfair or deceptive trade practices.

## 2. Formal Demand for Remedy

### 1.  Produce Proof of Enforceable Mortgage

- ○  The *wet-ink original note* bearing an authorized lender signature.
- ○  Documentation demonstrating valid consideration was exchanged.
- ○  Complete chain of assignments for the mortgage, recorded as required by law, from the original lender to the present holder.

### 2.  Disclose True Holder-in-Due-Course Status

- ○  Identify the true party with standing to enforce this alleged debt under UCC Article 3.
- ○  Confirm the date and manner of each transfer and any endorsements on the note.

### 2.  Timeline for Compliance

- ○  Under RESPA, SPS must provide a **substantive response** within **30 days** of receipt of this Qualified Written Request.
- ○  Failure to comply will be taken as further evidence of possible violations of RESPA, TILA, Hawaii Revised Statutes Ch. 480, and other applicable laws.

### 4.  Discharge or Satisfy the Alleged Debt
If SPS cannot provide the required documentation and cure the defects in its claim, SPS must **cease all collection efforts** and **initiate a discharge** or full satisfaction of the mortgage to clear the property's title.

## 3. Notice of Potential Administrative & Legal Actions

If SPS continues failing to provide lawful validation or remedy:

- **Complaints to Regulators**
  I will file complaints with the Consumer Financial Protection Bureau (CFPB), the Hawaii Department of Commerce and Consumer Affairs (DCCA), and other relevant oversight bodies for potential violations of state and federal law.

- **Litigation & Damages**
  I reserve the right to seek declaratory relief (quiet title) and pursue damages, including statutory damages for any unfair or deceptive trade practices.

## 4. Conclusion and Reservation of Rights

This letter does not waive any rights, remedies, or defenses under the Uniform Commercial Code, federal statutes (RESPA, TILA), Hawaii state consumer-protection laws (HRS Ch. 480), or any other applicable authority. All rights are expressly reserved.

**Sincerely,**

**CAROLYN L. ZEMECKIS**
Authorized Representative / Trustee for the Estate Known as CAROLYN ZEMECKIS

**ACKNOWLEDGEMENT**
**KAUAI COUNTY**
**HAWAII REPUBLIC**

Subscribed and sworn before me this _2\27\25_ (date)
WITNESS my hand and official seal.

_Karina Tasaka_ Seal:
Notary Public

My Commission Expires _04-24-2028_



Date: 2\27\25    # Pages: 3
Name: Karina Tasaka    Circuit
Doc. Description: Notice

NOTARY CERTIFICATION

# AFFIDAVIT OF TRUTH

**Affidavit of Truth**
**By: Carolyn Zemeckis, Trustee and Authorized Representative of the Estate of CAROLYN ZEMECKIS**

**STATE OF HAWAII**
**COUNTY OF KAUAI**

I, Carolyn Zemeckis, Trustee and Authorized Representative of the private estate of CAROLYN ZEMECKIS, declare the following to be true, correct, and complete to the best of my knowledge and belief, under penalty of perjury:

1.  I am the living woman known as Carolyn Zemeckis, operating in my private capacity as Trustee of the private Estate of CAROLYN ZEMECKIS.

2.  This estate was lawfully established under private jurisdiction and secured under a private security agreement.

3.  The property located at 4-940 Kuhio Hwy, Kapaa, HI, 96746, is held in trust for the benefit of the estate.

4.  Select Portfolio Servicing (SPS) has failed to provide lawful validation of an enforceable mortgage agreement.

5.  No original wet-ink promissory note bearing my signature has been produced.

6.  No proof of consideration (i.e., actual funds provided by SPS or its predecessors) has been disclosed.

7.  SPS continues to attempt to collect payments without proof of ownership or authority, violating federal law (FDCPA, TILA, RESPA), UCC principles, and my rights as Trustee.

8.  I hereby assert that no valid, enforceable, or lawful contract exists between the estate and SPS.

9.  I reserve all rights and remedies under the Uniform Commercial Code and other applicable law.

Further Affiant sayeth not.

Respectfully submitted,

**Carolyn Zemeckis**
Trustee, Estate of CAROLYN ZEMECKIS
3/25/2025

## NOTARY ACKNOWLEDGMENT

Subscribed and sworn before me this 26 day of _Mkrch_, 2025
in the County of _Kavai_, State of Hawaii.

Notary Public, State of Hawaii
My Commission Expires: 11/20/28





Date: 3/26/25 _5th_ Circuit
Notary Name: Matthew Baker
Comm Exp Date: 10/20/28
Notary Signature:
NOTARY CERTIFICATION (Stamp or Seal)

# HAWAII NOTARY ACKNOWLEDGMENT

State of Hawaii

County of _____ Kauai _____

On this 26 day of _____ March _____, 20 25, before me personally

appeared _Carolyn Zemeckis_, to me known to be the person described in and

who executed the foregoing instrument known as a _Formal demand for validation_

(Name of Document) consisting of _1_ pages and acknowledged that

he/she/they executed the same as his free act and deed.

_____

Signature of Notary Public

Print Name: _____ Matthew Baker _____

My Commission expires: _____ 10/20/28 _____

(Seal)

```
        NOTARY
        PUBLIC
        ━ • ━
       Comm. No.
        24-180
     STATE OF HAWAII
```

Date: 3/26/25    5th    Circuit
Notary Name: _____ Matthew Baker _____
Comm Exp Date: _____ 10/20/28 _____
Notary Signature: _____
NOTARY CERTIFICATION (Stamp or Seal)



Registered Mail # *9589 0710 5270 1614 3402*
SIG: *9590 9402 8632 3244 8606 42 06*

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES  NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# Lawful Tender for
# Full Settlement

**Fritzie Truth Joy**, Authorized representative
And Executor for the estate of
**CAROLYN ZEMECKIS**
c/o PO Box 2143
Kapaa, Hawaiian Republic [96746]
Non-Domestic without the U.S.

Date: 4/25/2025

To Whom It May Concern,

Please find enclosed instruments constituting Lawful Tender for Full Settlement of the above referenced account. These instruments are presented in good faith, under Public Law 73-10 and UCC Article 3, for immediate discharge and closure of account obligations.

This lawful presentment includes:

- Trust-backed Promissory Note

- Bonded Indemnity Letter

- Certified Mail Record

- Affidavit of Truth

Failure to respond with lawful rebuttal constitutes accord and satisfaction.

Respectfully,

*Fritzie Truth Joy*
Fritzie Truth Joy
Secured Party, Executor, Authorized Representative for
The estate trust known as
**CAROLYN ZEMECKIS**
**All Rights Reserved, Without Prejudice, UCC 1-308**



Page 2 of 10



# NOTARY ACKNOWLEDGEMENT
## HAWAII REPUBLIC
## KAUAI COUNTY

On this 25 day of April , 2025, before me, the undersigned Notary Public, personally appeared **Fritzie Truth Joy, Secured Party, Executor, and authorized representative for the estate trust known as CAROLYN ZEMECKIS** , known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same for the purposes therein stated.

**In witness whereof, I hereunto set my hand and official seal.**

_____ (SEAL)
Notary Public

My Commission Expires: 04.29.2028

Date: 4.25.25    # Pages: 2
Name: KARLINA TASAKA    Circuit
Doc. Description: LANEU
TCND. FOI FULL STL.

Notary Signature
NOTARY CERTIFICATION

# TRUST-BACKED PROMISSORY NOTE



**Instrument No.: TBPN-2025-002**

**Date of Execution:** 25 April 2025

**Maturity Date:** 30 days from execution, or 5/25/2025

## FOR VALUE RECEIVED,

I, the undersigned **Fritzie Truth Joy**, in my lawful and sovereign capacity as **Secured Party, Creditor, Executor, and Beneficiary** of the private estate trust, Ens Legis entity known as **CAROLYN ZEMECKIS**, promise to pay to the order of:

**Select Portfolio Servicing, Inc.**
PO Box 65250
Salt Lake City, UT 84165-0250

or bearer, the principal sum of:

**$885,597.81 USD**
**Eight hundred eighty-five thousand five hundred ninety seven Dollars and 81/100 United States Dollars**

## I. Payment Terms

- **Maturity Date:** 5/25/2025 - 30 days from execution date

- **Payment Type:** Lawful Tender by instrument only

- **Installments:** Full payment due on or before Maturity Date

- **Interest:** 0% (Non-Usurious Public Policy Tender)

- **Late Fee:** None (Instrument governed by UCC Article 3, not statutory lending rules)

Page 4 of 10

## II. Security & Collateral

This instrument is secured by a **Private Security Agreement**, filed under Security Agreement No. **SA-333777999**, and governed by:

- **UCC § 3-104** – Negotiable Instruments

- **UCC § 9-203** – Enforceability of Security Interest

- **UCC § 9-102(a)(72)** – Definition of Security Agreement

- **UCC § 1-308** – Reservation of Rights

- **Public Law 73-10 / HJR-192 (1933)** – Lawful Discharge of Obligation

The collateral includes, but is not limited to:

All property, rights, titles, interests, and assets currently or hereafter owned by the Ens Legis Entity known as **CAROLYN ZEMECKIS**, as enumerated in Schedule C and referenced UCC Financing Statement filed under estate record.

## III. Principal Parties

**Issuer (Secured Party/ Creditor):**
**Fritzie Truth Joy**
Executor, Beneficiary, and Trustee of the Estate Trust of CAROLYN ZEMECKIS
c/o PO BOX 2143
Kapaa, Hawaiian Republic [96746]
Non-Domestic, Without the U.S.

**Debtor:**
Ens Legis Entity: **CAROLYN ZEMECKIS**
c/o PO BOX 2143
KAPAA, HAWAII 96746
U.S. Jurisdiction (For Reference Only)

## IV. Lawful Jurisdiction

This instrument is governed under private commercial law, ecclesiastical trust jurisdiction, and Uniform Commercial Code. The parties expressly waive any and all statutory presumptions arising from public policy that conflict with natural law, divine law, or this contract.

Page 5 of 10

## V. Enforcement Clause

Failure of the Payee to accept this instrument as lawful tender for discharge of an alleged obligation constitutes **refusal of lawful tender** under UCC § 3-505(b), resulting in full and immediate discharge of said obligation by operation of law.

All rights reserved under **UCC 1-308**. No implied liability is assumed by the Secured Party. This Note becomes binding upon the act of presentment and recordation.

## VI. Endorsement & Execution

In witness whereof, I have set my hand and seal below, acknowledging full authority as Executor and lawful signatory of the Estate of Carolyn Zemeckis.

**Signed this 25th day of April, 2025**

Endorsed in Trust by:

**Fritzie Truth Joy, Secured Party, Executor**
Of the Private Estate Trust, Ens Legis entity known as
**CAROLYN ZEMECKIS**
All Rights Reserved, Without Prejudice, UCC 1-308

This Note is issued pursuant to:

- UCC § 3-104 as a negotiable instrument

- Discharge under HJR-192 / P.L. 73-10



Date: 4|25|2025 # Pages: 3
Name: Karlina Tasaka          5    Circuit
Doc. Description: Trust Bond
Prom-Note

Notary Signature
NOTARY CERTIFICATION

# NOTARY ACKNOWLEDGEMENT
**HAWAII REPUBLIC**
**KAUAI COUNTY** On this 25 day of APRiL_____, 2025, before me, the undersigned Notary Public, personally appeared **Fritzie Truth Joy, Secured Party, Executor, and authorized representative for the private estate trust, Ens Legis Entity known as CAROLYN ZEMECKIS**, known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same for the purposes therein stated.
**In witness whereof, I hereunto set my hand and official seal.**
_____ (SEAL)
Notary Public
My Commission Expires: 04·24·2028

Page 6 of 10

# BONDED INDEMNITY LETTER

**Instrument No.: TBPN-2025-002**
**Date of Execution: 25 April 2025**

**From:**
**Fritzie Truth Joy**
Executor, Trustee, and Beneficiary for the
Estate Trust Ens Legis Entity known as CAROLYN ZEMECKIS
c/o PO Box 2143
Non-Domestic, Without the U.S.
KAPAA, HAWAII [96746]

**To:**
**Select Portfolio Servicing, Inc.**
PO Box 65250
Salt Lake City, UT 84165-0250

## RE: Bonded Indemnity and Good Faith Tender for Full Settlement

**Instrument Reference**: TBPN-2025-002 (Trust-Backed Promissory Note) **Secured Obligation**: Select Portfolio Services, Inc. Account number ████ 1032, of the Ens Legis Entity known as CAROLYN ZEMECKIS.

To Whom It May Concern,

This **Bonded Indemnity Letter** is hereby issued by **Fritzie Truth Joy**, Executor and lawful Secured Party of the **private estate trust and Ens Lewis entity known as CAROLYN ZEMECKIS**, to provide full indemnity and commercial backing for the **Trust-Backed Promissory Note** tendered as lawful settlement of the alleged obligation referenced above.

# I. Nature and Scope of Bond

This bonded indemnity guarantees the instrument referenced as **TBPN-2025-002**, issued in good faith for the full discharge of the alleged account, under the following provisions:

- **Bond Value**: Equivalent to the face amount of the TBPN – $ **885,597.81** USD •

**Bond Form**: Personal fiduciary surety bond backed by Private Trust collateral •

**Security Instrument**: Private Security Agreement No. **SA-333777999**

Page 7 of 10

- **Governing Authority**: UCC § 3-305, § 9-203, § 9-607, and common trust law

The undersigned hereby certifies that all rights, title, and interest in the bonded collateral are lawfully held in trust by the estate, and that such collateral remains free of encumbrance by any third party except as lawfully filed by the secured party.

# II. Jurisdictional Authority

This indemnity is governed by the laws of:

- The **Uniform Commercial Code**, including:

    ◦ **UCC § 3-305** – Right to assert real defenses in commercial transactions ◦

    **UCC § 9-203** – Enforceability of security interest

    ◦ **UCC § 1-103** – Supplementation by common law and equity

- **Public Law 73-10 / HJR-192** – Discharge of obligation in absence of lawful money •

**Private Ecclesiastical Jurisdiction** of the Estate Trust of CAROLYN ZEMECKIS • The

commercial right of offset and settlement via trust instruments under natural law

# III. Bond Holder & Authorized Signatory

**Bondholder:**
Fritzie Truth Joy
In capacity as:

- Secured Party and Creditor

- Trustee & Beneficiary of the Private Trust Estate

- Executor of the Ens Legis Estate known as **CAROLYN ZEMECKIS**

All lawful authority is affirmed and preserved via Security Agreement No. SA-333777999 and accompanying UCC-1 financing statement filed under trust jurisdiction.

# IV. Attached Supporting Documents:

1. **Trust-Backed Promissory Note (TBPN-2025-002)**

Page 8 of 10

    **2. Redacted Private Security Agreement (SA-333777999)**

    **3. Affidavit of Status – Fritzie Truth Joy**

    **4. Schedule C – Collateral Reference**

    **5. UCC-1 Filing Statement (Public Record)**

These instruments together constitute a **full tender package** offered in **good faith**, in accordance with administrative and commercial due process.

# V. Consequences of Non-Acceptance

If the above-referenced Note and this bonded indemnity are:

- Ignored,

- Rejected without lawful rebuttal under penalty of perjury,

- Or dishonored without commercial cause,

Then such refusal constitutes a **waiver of claim and settlement rights,** and affirms the default of the alleged creditor per:

- **UCC § 3-505(b)** – Refusal of lawful tender equals payment and discharge •

UCC § 3-603(b) – Tender discharges obligation

- **Affidavit of Administrative Judgment,** enforceable by lien or quiet title action

# VI. Reservation of Rights

All rights are reserved under:

- **UCC § 1-308** – Without prejudice

- **UCC § 1-103** – Supplemented by equity

- **Private Ecclesiastical Law** – As filed with the Trust Estate

No corporate statutes or public policy presumptions shall impair this private contractual arrangement.

## Executed this 25th day of April , 2025

Page 9 of 10

In trust, in truth, in full capacity:



___Fritzie Truth Joy___

**Fritzie Truth Joy**, Secured Party, Executor
Of the Estate Trust, Ens Legis entity known as
**CAROLYN ZEMECKIS**
**All Rights Reserved, Without Prejudice, UCC 1-308**

Witnessed: _Karina Tasaka_
Date: _4-25-2025_

Date: 4/25/2025  # Pages! 4
Name: Karina Tasaka  Circuit
Doc. Description: _____

_Karina Tasaka_
Notary Signature
NOTARY CERTIFICATION

NOTARY PUBLIC
Comm. No.
16-460
STATE OF HAWAII

## NOTARY ACKNOWLEDGEMENT

~~**TEXAS REPUBLIC**~~ STATE OF Hawaii
~~**HARRIS COUNTY**~~ COUNTY OF Kauai

On this 25 day of _April_ , 2025, before me, the undersigned Notary Public, personally appeared **Fritzie Truth Joy, Secured Party, Executor, and authorized representative for the estate trust, Ens Legis Entity known as CAROLYN ZEMECKIS**, known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same for the purposes therein stated.
**In witness whereof, I hereunto set my hand and official seal.**

_Karina Tasaka_ (SEAL)
Notary Public

My Commission Expires: 04·24·2028

NOTARY PUBLIC
Comm. No.
16-460
STATE OF HAWAII

# AFFIDAVIT OF TRUTH & ACCEPTANCE FOR VALUE

I, Fritzie Truth Joy, being of sound mind and lawful standing, affirm the following to be true and correct:

1. That I am the living, breathing woman authorized to act as Executor and Trustee for the Ens Legis Entity known as CAROLYN ZEMECKIS.

2. That I have received the alleged claim and accept it for value, returning lawful tender.

Page 10 of 10

3. That all presentments and instruments included are made under seal and supported by the
   Trust corpus.

Failure to rebut this affidavit in writing within 10 business days shall constitute acceptance,
accord, and satisfaction under UCC 1-308 and 3-505.

Executed this 25th day of April, 2025

**Fritzie Truth Jo~~~~d Party, Executor**
Of the Estate Trust, Ens Legis entity known as
**CAROLYN ZEMECKIS**
**All Rights Reserved, Without Prejudice, UCC 1-308**

## NOTARY ACKNOWLEDGEMENT
~~TEXAS REPUBLIC~~ STATE OF Hawaii
~~HARRIS COUNTY~~ COUNTY OF Kauai

On this 25 day of April_____, 2025, before me, the undersigned Notary Public, personally appeared **Fritzie
Truth Joy, Secured Party, Executor, and authorized representative for the estate trust, Ens  Legis Entity
known as CAROLYN ZEMECKIS,** known to me (or proved to me on the basis of satisfactory  evidence) to be the
person whose name is subscribed to the within instrument and acknowledged to me that he  executed the same for
the purposes therein stated.
**In witness whereof, I hereunto set my hand and official seal.**

_____ (SEAL)
Notary Public

My Commission Expires: 04-24-2028

Date: 4|25|25    # Pages: 2
ame: KARLINA TASAKA    Circuit
c. Description: AFF

Notary Signature
NOTARY CERTIFICATION

*9590 9402 8390 3156 5225 98*
*9589 0710 5270 1614 3425 07*
Registered Mail # _____

### THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# Conditional Acceptance for Value

**Fritzie Truth Joy**, Authorized representative
And Executor for the estate of
**CAROLYN ZEMECKIS**
PO Box 2143
Kapaa, Hawaii Republic [96746]
Non-Domestic without the U.S.
**5-25-2025**
**TO:**
Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

### RE: CONDITIONAL ACCEPTANCE FOR VALUE – Request for Validation of Debt

To Whom It May Concern,

I, a living man/woman and Executor-Trustee of the private estate known as CAROLYN ZEMECKIS, do hereby **conditionally accept** your offer to contract or demand for payment dated 5/25/25, **upon proof of claim**, including but not limited to:

1. That you are the **Holder in Due Course** of the original, wet-ink signed promissory note or instrument.

2. That there exists a **lawful, valid contract** signed by both parties with full disclosure, mutual consideration, and absence of fraud.

3. That you can validate the **source of your claim to lawful money** and your authority to enforce this claim under the laws of commerce and contract.

4. That you have not securitized, discharged, or otherwise monetized the account related to this matter.

Should you fail to respond **within 10 business days**, your silence shall constitute **tacit acquiescence, dishonor, and admission** that no such validation exists and that no lawful debt is owed.



__Fritzie Truth Joy, Secured Party, Executor, Authorized Representative for__
__The estate trust known as__
__CAROLYN ZEMECKIS__
__All Rights Reserved, Without Prejudice, UCC 1-308__

# NOTARY ACKNOWLEDGEMENT

~~TEXAS REPUBLIC~~ STATC OF Hawaii

~~HARRIS COUNTY~~ county of Kaua'i

On this 23 day of May , 2025, before me, the undersigned Notary Public, personally appeared **Fritzie Truth Joy, Secured Party, Executor, and authorized representative for the estate trust, Ens Legis Enity known as CAROLYN ZEMECKIS**, known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same for the purposes therein stated.
**In witness whereof, I hereunto set my hand and official seal.**

_____    (SEAL)
Notary Public

My Commission Expires: 04·24·2028

Date: 5-23·25   # Pages: 2
Name: Karlina Tasaka   5 Circuit
Doc. Description: cond· accept ·

_____
NOTARY CERTIFICATION



Registered Mail # *9589 0710 5270 1614 3402 82*
*9590 9402 8390 3156 5225 81*

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

# NOTICE OF FAULT AND OPPORTUNITY TO CURE

**Fritzie Truth Joy**, Authorized representative
And Executor for the estate of
**CAROLYN ZEMECKIS**
% PO Box 2143
Kapaa, Hawaii Republic [96746]
Non-Domestic without the U.S.
Date: 6/7/2025

**TO:**
Select Portfolio Servicing, Inc.
3217 S. Decker Lake Drive
Salt Lake City Utah 84119

**RE: NOTICE OF FAULT AND OPPORTUNITY TO CURE**
**Second and Final Administrative Notice**

To Whom It May Concern,

On 5/25/2025, I sent you a Conditional Acceptance for Value and lawful request for proof of claim. To date, you have failed to provide verified rebuttal or validation.

Your non-response is an act of **dishonor in commerce** and a breach of fiduciary duty if acting in a corporate or public capacity.

You are hereby granted **10 additional days** to cure your fault by presenting the requested documentation. Failure to do so will constitute your **final administrative default** and full consent to all terms, conditions, and remedies outlined in the original presentment.

This is your **final opportunity** to rebut with lawful and factual evidence.

*Fritzie Truth Joy*

**Fritzie Truth Joy, Secured Party, Executor, Authorized Representative for**
**The estate trust known as**
**CAROLYN ZEMECKIS**
**All Rights Reserved, Without Prejudice, UCC 1-308**

# NOTARY ACKNOWLEDGEMENT
## HAWAII REPUBLIC
## KAUAI COUNTY

On this __7__ day of __June__, 2025, before me, the undersigned Notary Public, personally appeared **Fritzie Truth Joy, Secured Party, Executor, and authorized representative for the estate trust, Ens Legis Entity known as CAROLYN ZEMECKIS,** known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same for the purposes therein stated.
**In witness whereof, I hereunto set my hand and official seal.**

_____     (SEAL)
Notary Public

My Commission Expires: __04·24·2028__

Date: __6|7|25__  # Pages: 2
Name: __Karlina Tasaka__ __IS__ Circuit
Doc. Description: __Notice__

_____
Notary Signature
NOTARY CERTIFICATION

Registered Mail # 9590 9402 8632 3219 8610 69
9589 0710 5270 1614 3424 46

---

### THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# CERTIFICATE OF DISHONOR
# AND FINAL AFFIDAVIT OF ADMINISTRATIVE
# JUDGMENT

I, Fritzie Truth Joy, the living woman and Executor-Trustee of the estate known as CAROLYN ZEMECKIS, do solemnly affirm under penalty of perjury:

1. That on 5/25/2025 , I issued a **Conditional Acceptance for Value** requiring proof of lawful claim.

2. That on 6/7/2025, I issued a **Notice of Fault and Opportunity to Cure**, granting 10 additional business days for rebuttal.

3. That Select Portfolio Servicing, Inc. has **failed to respond** with valid evidence or rebuttal, and has therefore committed an act of **commercial dishonor**.

As no lawful rebuttal or evidence was presented, and per UCC **1-201(3), 1-308, 3-505**, this matter is now:

- **Administratively settled** in full.

- **Lawfully discharged** by offer and failure to rebut.

- Subject to **final, irrevocable, private judgment** as evidenced by this sworn affidavit.

This serves as your official notice of **final judgment**. It may be recorded as public notice and enforced privately or through competent legal authority.

Executed on this 18 day of June , 2025.

Fritzie Joy

**Fritzie Truth Joy**
**Secured Party, Exe[...] [...]uthorized Representative for**
**The estate trust kno[...]**
**CAROLYN ZEMECKIS**
**All Rights Reserved, Without Prejudice, UCC 1-308**

# NOTARY ACKNOWLEDGEMENT
# HAWAII REPUBLIC
# KAUAI COUNTY

On this 18 day of  June  , 2025, before me, the undersigned Notary Public, personally appeared **Fritzie Truth Joy, Secured Party, Executor, and authorized representative for the estate trust, Ens Legis Entity known as CAROLYN ZEMECKIS**, known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same for the purposes therein stated.
**In witness whereof, I hereunto set my hand and official seal.**

Notary Public

(SEAL)

My Commission Expires: 3-3-2028

Date: 6·18·25     # Pages: 2
Name: Winifred Littlejohn  5th Circuit
Doc. Description: Affidavit

Notary Signature
**NOTARY CERTIFICATION**
My Commission Expires: 3.3.2028

Registered Mail # 9589 0710 5270 1614 3424 46
9590 9402 8632 3244 8610 69

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

# NOTICE OF FINAL ADMINISTRATIVE LIEN

**Private Record – International Commercial Claim**
**Secured Party: Fritzie Truth Joy**
Executor and Trustee of the Estate of CAROLYN ZEMECKIS
c/o Post Office Box 2143
Kapaa, Hawaii Republic [96746]
Non-Domestic, Without the U.S.

## TO:

Select Portfolio Servicing, Inc.
3217 S. Decker Lake Drive
Salt Lake City, UT 84119

**Date:** 6/18/2025

## RE: NOTICE OF FINAL ADMINISTRATIVE LIEN

**Establishment of Claim and Security Interest by Operation of Law**
**UCC §§ 1-201(3), 1-308, 3-505, 9-203, 9-502, 9-607, Public Law 73-10, HJR-192**

## I. BACKGROUND & NOTICE

This notice is sent as a **lawful and final declaration of lien interest** against your commercial
entity for defaulting under administrative due process, after having been issued:

- **Conditional Acceptance for Value and Request for Proof of Claim** dated:
  5/25/2025

- **Notice of Fault and Opportunity to Cure** dated: 6/7/2025

- **Certificate of Dishonor and Final Affidavit of Administrative Judgment** dated:
  6/18/2025

Your failure to rebut the original presentment within the stipulated time frame has resulted in
**commercial dishonor, admission by silence, and final judgment by administrative default.**

## II. COMMERCIAL CLAIM & BASIS OF LIEN

You are hereby **notified of a perfected lien** in the amount of **$1,501,635.67**, now held by the private estate trust of **CAROLYN ZEMECKIS**, by and through the undersigned as **Secured Party Creditor**.

This lien is established based on:

1. **Non-response** to lawful presentment,

2. **Failure to prove lawful authority, contract, or standing**, and

3. **Tacit acquiescence** under UCC and common law principles.

Said lien is now:

• **Perfected under private agreement and administrative due process**,

• Supported by verified and notarized affidavits on record,

• Enforceable via UCC filing, commercial lien rights, and equity jurisdiction.

## III. TERMS OF LIEN & SECURITY INTEREST

You are now considered the **Debtor** in relation to this claim. The lien includes:

• All commercial proceeds, credit instruments, and property derived from unlawful presentment or fraudulent claim,

• All interest, penalties, and administrative costs associated with the dispute,

• All instruments used in attempt to assert a fraudulent claim against the estate.

You are hereby **barred from transferring, assigning, or disposing of any interest** related to the disputed matter without full settlement of this claim.

## IV. FINAL NOTICE PRIOR TO RECORDING

This constitutes your **final notice prior to public lien enforcement**. If payment, rebuttal, or lawful settlement is not received within **ten (10) calendar days** from the date of this notice:

• A **UCC-1 Financing Statement** will be filed with the appropriate state office and/or international public record.

• You will be listed as a **secured debtor** under commercial lien.

- Further claims may be pursued through **private arbitration, federal court,** or **international commercial venue.**

## V. LAWFUL SETTLEMENT OPTIONS

To avoid lien enforcement, you may:

1. **Rebut this claim with verified evidence** signed under penalty of perjury;

4. **Pay in full** the amount of $1,501,635.67 in lawful settlement funds;

5. **Engage in private resolution** and honorably discharge the matter.

**Respectfully and in honor,**
Executed this 18 day of ___June___, 2025.

Fritzie Truth Joy
Secured Party Creditor/Executor/Trustee
Estate Trust known as CAROLYN ZEMECKIS
All Rights Reserved – UCC 1-308, Without Prejudice

Date: 6·18·25    # Pages: 4
Name: Winifred Littlejohn 5th Circuit
Doc. Description: _Notice of Final Administrative Lien_

Notary Signature
NOTARY CERTIFICATION
My Commission Expires: 3·3·2028

## ✒ NOTARY ACKNOWLEDGMENT

State of _Hawaii_ I County of _Kauai_

On this 18 day of _June_, 2025, before me personally appeared **Fritzie Truth Joy,** known to me to be the individual whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purposes therein contained.

Notary Public: _____
Commission Expiration: _3·3·2028_
(Seal)

## ✎ Attachments

- Copy of Certificate of Dishonor / Final Administrative Judgment

- Affidavit of Truth

- Mailing receipts and delivery confirmations

- Original notices (CAFV + Fault + Final)

Carolyn Zemeckis
Trustee, CAROLYN ZEMECKIS Private
Trust PO BOX 2143
Kapaa, HI 96746
(808) 651 2730

**Electronically Filed
FIFTH CIRCUIT
5CCV-25-0000066
06-AUG-2025
02.13 PM
Dkt. 29 SUMM**

# IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT
## STATE OF HAWAI'I

| | | |
|---|---|---|
| **CAROLYN ZEMECKIS,** | ) | |
| **Trustee of the CAROLYN ZEMECKIS** | ) | **CIVIL NO.:** 5CCV-25-0000066 |
| **Private Trust** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| **SELECT PORTFOLIO SERVICING, INC.** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

# SUMMONS

TO: **SELECT PORTFOLIO SERVICING, INC.**
  3217 S. Decker Lake Drive
  Salt Lake City, UT 84119

YOU ARE HEREBY SUMMONED and required to serve a written answer to the attached
**Petition and/or Motion** upon **Petitioner**, whose name and address appear below, and file said
answer with the **Clerk of this Court, within twenty (20) days** after service of this Summons
upon you, exclusive of the date of service.

**If you fail to do so,** judgment by default may be rendered against you for the relief demanded in
the Petition or Motion.

This Summons is issued pursuant to Rule 4 of the **Hawai'i Rules of Civil Procedure**, and failure
to comply may result in default judgment being entered against you without further notice.

DATED: Lihue, Hawaii <u>August 6, 2025</u>.



/s/ Tisha Fontanilla
CLERK OF THE ABOVE-ENTITLED COURT

I do hereby certify that the foregoing is a full, true and correct copy of the official court record of the Courts of the State of Hawai'i.
Dated at: Lihu'e, Hawai'i 27-AUG-2025, /s/ Kari Yamashiro, Clerk of the Fifth Judicial Circuit, State of Hawai'i

# NOTICE

This Summons must be served **together with a true and correct copy of the Petition and/or Motion** filed in this action. You may wish to seek legal advice immediately. If you do not understand this document, you should contact an attorney.

**DATED: August 6th, 2025.**

Clerk Stamp

**RETURN ADDRESS FOR PETITIONER**

Carolyn Zemeckis
Trustee, CAROLYN ZEMECKIS Private Trust
PO BOX 2143
Kapaa, HI 96746
(808) 651 2730

**COURT INFORMATION**

Circuit Court of the Fifth Circuit State of Hawaii
3970 Kaana St #207
Lihue, HI 96766